From: The District Court of the Thirteenth Judicial District County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. MARTTI QUETZI RUONA, Defendant.

NO. 7880

## DECISION

The application of the above-named defendant for a review of the sentence of 5 years with jail time credit from 2-11-70 for Attempted Robbery imposed on May 22, 1970, was fully heard and after a careful consideration of the entire matter is it decided that:

No change will be made in the sentence heretofore imposed.

The reason for the above decision after careful consideration of all the evidence submitted in support of the petition herein and of all the circumstances surrounding the offense for which he was convicted, it is the opinion of the Court that it is not deemed sufficient to justify any change in the sentence heretofore imposed and, therefore, the petition is denied. It seems the main thrust of the petition is that the defendant received a heavier sentence than his co-defendants. Under the total circumstances of this case this is not sufficient to justify a reduction in our opinion.

DATED this 9th day of July, 1970.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, Chairman; Jack D. Shanstrom, Sid G. Stewart.

From: The District Court of the Sixteenth Judicial District. County of Custer.

STATE OF MONTANA, Plaintiff, vs. STEPHEN D. PRESCOTT, Defendant.

NO. 2225

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years with 60 days jail time credit for Forgery, imposed on March 25, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence heretofore imposed will be changed and modified by suspending the last five years of the ten year term, on condition that he be paroled to the Veterans Administration Hospital for alcoholic treatment.

This man is a typical alcoholic check writer and this is the typical forgery of employer's name on the check. This Suspension is conditioned upon his receiving treatment for his basic problem of alcoholism.

We thank Nick Verwolf, Esq., of the Montana Defender Project for his assistance to the defendant and this Court.

DATED this 9th day of July, 1970.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, Chairman; Jack D. Shanstrom, Sid G. Stewart.